IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT TATUM, and all similarly situated
DOC/CCI Inmates,

                Plaintiff,                    ORDER

      v.

                                                13-cv-44-wmc

MIKE MEISNER, JIM SCHWOCHERT, CATHY
JESS, JANE NICKELS, RICK PHILLIPS, MARK
TESLIK, CHAP. CAMPBELL, CHAP. DORN,
KELLI WEST, MALONEY, PROG. DIRECTOR
SCHUELLER, PROG. DIRECTOR IRIZAY, UNIT
MANAGER HAUTAMAKI, LT. MORRISSON,
LT. PEACHIE, CAPT. PEIRCE, SRGT. PAUL, SRGT.
BERLUND, JEFF CAPELLE, DR. SULIENE, DAI
DIETICIAN, DR. SCOTT HOFTIEZER, RN KAY
DEGNER, MARY LEISER, JOANNE LANE, JOANNE
BOVEE, RICK SCHNIEIER, CHARLES FACKTOR,
CHARLES COLE, GARY HAMBLIN, 5 UNKNOWN
OFFICERS, and 2 UNKNOWN NURSES,

                Defendants.

---

In an order dated September 30, 2013, the court required Tatum to identify which of his numerous, distinct claims he wished to pursue in this lawsuit no later than October 21, 2013. (Dkt. #11.) Instead, Tatum filed a motion for reconsideration, arguing that he could pursue each of the unrelated claims in one lawsuit because he was bringing it as a class action. (Dkt. #12.) In denying this motion, the court extended the deadline by which he had to identify the claim he wished to pursue until November 8, 2013. (Dkt. #13.) In response, Tatum filed another motion for reconsideration raising the same arguments asserted in his first motion. (Dkt. #14.) The court denied that

motion as well and advised Tatum that he had to respond to the court's September 30, 2013, order no later than November 8, 2013, or this action would be dismissed.  (Dkt. #15.)  Tatum has failed to respond.  Accordingly,

## ORDER

IT IS ORDERED that:

1)  this action is dismissed without prejudice; and

2)  the clerk of the court is directed to close this case.

Entered this 3rd day of December, 2013.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge