IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT TATUM, and all similarly situated
DOC/CCI Inmates,

      Plaintiff,

v.

MIKE MEISNER, JIM SCHWOCHERT,
CATHY JESS, JANE NICKELS, RICK
PHILLIPS, MARK TESLIK,
CHAP. CAMPBELL, CHAP. DORN,
KELLI WEST, MALONEY,
PROG. DIRECTOR SCHUELLER,
PROG. DIRECTOR IRIZAY, UNIT MANAGER
HAUTAMAKI, LT. MORRISSON,
LT. PEACHIE, CAPT. PEIRCE, SRGT. PAUL,
SRGT. BERLUND, JEFF CAPELLE,
DR. SULIENE, DAI DIETICIAN, DR. SCOTT
HOFTIEZER, RN KAY DEGNER,
MARY LEISER, JOANNE LANE,
JOANNE BOVEE, RICK SCHNIEIER,
CHARLES FACKTOR, CHARLES COLE,
GARY HAMBLIN, 5 UNKNOWN OFFICERS,
and 2 UNKNOWN NURSES,

      Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-44-wmc

---

     This action came for consideration before the court with District Judge
William M. Conley presiding.  The issues have been considered and a decision has been
rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case

without prejudice.

| /s/ | 12/3/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |