United States District Court for the Western District of WI

Robert Tatum, Plaintiff,

-v-

Case no. 13-CV-44

Mike Meisner, et al, Defendants.

-Notice of Appeal and Motion for Production of Transcripts + Appellate Costs at Defendants' Expense-

Plaintiff Robert L. Tatum hereby informs the Court he appeals the screening order, rulings on class certification, summary judgment, final judgment, and denials of relief and for reconsideration(s). Tatum also moves for transcript(s) of the trial + other hearings be produced, and that all appeal costs be charged to defendants as a cost of litigation; I, Robert L. Tatum, certifies that the following facts are true and correct to my best personal knowledge + belief under penalty of perjury, 28 USC 1746:

1. I am the pro se plaintiff in this case; I was allowed to proceed in forma pauperis, and prevailed at a bench trial proving a violation of RLUIPA, entitling my litigation costs be paid by defendants.

2. I cannot afford to pay appeal filing fees or for the transcripts to be produced, my financial situation hasn't improved since informa pauperis determination, and the state is stealing + taking 100% of any money I would get.

3. Since I prevailed at trial entitling my costs of this cases litigation be borne by defendants, all appellate costs must also be borne, as they represent litigation costs.

4. Due to defendants / the state illegally confiscating my legal materials, I don't have a docket sheet to know the exact date of the orders appealed from. I don't even have a copy of the recent denial of reconsideration since my transfer to GBCI, it "disappeared." OCI/DOC also illegally confiscated my legal books and my envelopes to obstruct my ability to litigate. See attached Exhibit #1 ICE Report, allowing the taking of my legal books. #11-1752 which is true + correct to what it is purported to be under penalty of perjury.

5. GBCI has also (yet again) placed me in seg under false allegations + unwarranted reasons (1st saying that I was in seg at Racine County, which is FALSE I was never in seg there, then for refusing GBCI transfer, when I had legit health + safety concerns re: inmate separation preventing transfer... a gang affiliated informant who testified for the state in my case is up @ GBCI - DCI intentionally mishandled separation ISPN papers + forced transfer, because they're desperate to get me to this censored-seg environment and obstruct my ability to litigate / communicate.) The GBCI staff are forcing use of crayons to do litigation in seg... a further attempt to stifle effective litigation in GBCI + DOC.

6. I've previously explained law library research denials.

WHEREFORE: Taken requests his motions be granted as urged.

Dated this 4th of July, 2016. Signed: [signature]
Maxwell's Taken 545307

(2)